UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

APR 2 4 2014

MB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Darryl Emmanuel Holloway

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

14CV3039
JUDGE KENNELLY
MAGISTRATE JUDGE KIM

Case No: ______________
(To be supplied by the Clerk of this Court)

1. Kankakee County Sheriff's Office
2. Chief Downey
3. Asst. Chief Kolitwenzew
4. Admin Lt. Johnson
5. Sgt. Schloendorf
6. C/o Most
7. C/o Anderson
8. C/o Arthur
9. C/o Sessions
10. C/o Dorries #6911
11. C/o Roberts
12. C/o Offerman
13. c/o Meeham
14. c/o Calloway
15. Nurse Tom

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Darryl Emmanvel Holloway

B. List all aliases: n/A

C. Prisoner identification number: 2013-0130082

D. Place of present confinement: Cook County Jail

E. Address: 2600 S. California Chicago Il 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Kankakee County Sheriff Office

Title: Sheriff (Kanhakee)

Place of Employment: 3050 Justice Way, Kankakee, Il 60901

B. Defendant: Chief Downey

Title: Chief

Place of Employment: 3050 Justice Way Kankakee Il 60901

C. Defendant: Asst. Chief Kolitwenzew

Title: Asst. Chief

Place of Employment: 3050 Justice Way Kankakee Il 60901

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.** (Use as much space as you need. Attach extra sheets if necessary.)

14th and 8th Amendment violation; Denial of Medical Care; Excessive Force; Cruel and Unusual Punishment, and Deliberate Indifference. Defendants acted under the color of state law. At all time's defendants are sued in there individual and official capacities.

On 4-30-13 Darryl Holloway was assigned to E-pod cell 2 with a cell-mate by the name of Gerald Johnson. Darryl Holloway cell-mate Gerald Johnson and another inmate from the Cook County Jail Marlon Green, who was assigned to E-pod cell 3 was giving c/o Sessions c/o Arthur and Nurse Tom problems and having words with them, as they say. c/o Sessions and c/o Arthur then made a call to Sgt. Schloendorf to inform him moments later. c/o Most, Anderson, Meeham Arthur, Dorries, Roberts and Sgt. Schloendorf, then came over to E-pod cell 2 "Darryl Holloway cell" and open the door with tasers drawn, screaming and yelling derogatory words like "get yo dumb ass on the floor bitch" I'll shoot you in the fucking head. Darryl Holloway then cooperated being frighten and scared for his life and then laid on the ground, on his stomach. c/o Dorries thought he wasn't all the way down, the way he wanted him to be down, while c/o Arthur was handcuffing Darryl Holloway, c/o Dorries and

C/o Most came and put there feet and knees on his neck and back, saying more derogatory words like "I'll stomp your face through the ground. Darryl Holloway was handcuffed tightly, his circulation was cut off, his hands became numb, leaving cuts and bruise's on his wrist and taken to segregation, getting put in in Cell-6 max-C. In Max-C cell-6 Sgt. Schloendorf and C/o Most pulled Darryl Holloway to the chuck hole squeezing the cuffs tighter, causing blood to pour out of his wrist then removed the cuff off him. Minute's later he pushed the desk button asking for medical attention, the officer's that answered, said drink some water and go to sleep. He then put his mattress on his door to use the bathroom and minute's later Sgt. Schloendorf, C/o Most, C/o Offerman, C/o Dorries, came to his cell saying remove the mattress, he said he was on the tolet, he then got up wiping himself as fast as he could until the door open. When the door open he was just standing there with his hands on his side's, the C/o Most shot him in the stomach and the left hand, he fell to the ground, face first, busting his lip and cracking his front tooth and was handcuffed. While going down the stairs one of the taser's wirer's was still in his stomach. He then asked can it be taken out, C/o Most stated that "he was going to leave them in just in case he did something else. He then stopped walking and pleading to have them removed, and C/o Most squeezed the taser and shocked him again for no reason at all. Then he was put in the restraint chair; he then asked for medical attention from Nurse. He came and stated "I'm not going to help him "let him catch an infection". Then they left him in the restraint chair for 3 to 5 hour's with no medical attention. Then later on through the shift he was removed and forced to take his clothes off with a taser pointed at him, and put on a suicide body suit, with no covers mattress, underwear's or sock's, walking and laying on the ground! Until the next day almost 24 hour's later.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff request compensatory damage's of $2,000,000.00 and Punitive damage's of $2,000,000.00. Any relief the court deem just and equitable

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this Nov day of 29, 2013

Darryl Holloway
(Signature of plaintiff or plaintiffs)

Darryl Emmanuel Holloway
(Print name)

2013-0130082
(I.D. Number)

2600 S. California
Chicago, Il 60608
(Address)

# Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct

Executed at Chicago, Il on 11/29/13

Darryl Holloway

# EXHIBIT 1

# Incident Report

Incident: 2013-00000549

**Print Date/Time:** 05/01/2013 11:48
**Login ID:** CKrumwiede

Kankakee County Sheriff's Office
**ORI Number:** IL0460000

Holloway

On the date of 4/30/13 I C/O Roberts was assigned to Max with C/O Offermann. At approximately 2125 after performing a security check I received a phone call from C/O Taylor in master control. C/O Taylor informed me that inmate Darryl Holloway told her over the intercom that he was going to kill himself while I was performing my security check. I immediately went up to Cell C6 where inmate holloway is housed to check on his welfare. Inmate Holloway blocked the window to his cell so I could not see into it and would not verbally answer me.

After several attempts to ask Holloway if was going to hurt himself I returned to the phone in Max and informed Sgt. Schloendorf of the situation. Several moment later Sgt. Schloendorf, and C/O's Most and Dorries entered Max. We approached Max C6 and Sgt. Schloendorf ordered inmate Holloway to take the mattress down more than 10 times. Finally after repeated warnings I unlocked Cell C6 with the key and the mattressed slid far enough to the side to gain a full view of the cell. Inmate Holloway was ordered to the ground several times and was then tased after refusing to follow multiple commands. Inmate Holloway was then cuffed and removed from Max without further incident.

C/O Roberts
MAX

On April 30 2013 I C/O Offermann was assigned to Max and all of its duties. At approximately 2105 two combative inmates were brought in by Sgt. Schloendorf, C/O Most, Anderson, Meehan, Arthur, Dorries, and Roberts. I instructed what cell to secure the two detainees in and controlled the doors from the computer behind the desk. I also assisted with removing the detainees who were previously housed in the segregation cells.

C/O Offermann #8257

# Incident Report

Incident: 2013-00000552

**Print Date/Time:** 05/01/2013 12:00
**Login ID:** CKrumwiede

Kankakee County Sheriff's Office
**ORI Number:** IL0460000

---

**Inmates Holloway and Johnson**

**On the above date I Sgt. Todd J. Schloendorf #0660 was the afternoon shift supervisor. E-Pod Officers Sessions and Arthur called and advised me at dinner time that Inmate Marlon Green and Gerald Johnson was giving problems not wanting to lockup after dinner and Officer Arthur had to assist with placing one of the Inmates back into their cell from dinner. I advised to let me know if anything else happened since they were locked in their cells.**

**Later in the shift I received a phone call from Tom the nurse that he was having issues with two cook county inmates threatening him and his family while passing meds. I asked who it was and I was informed it was Inmates Johnson, Gerald and Marlon Green. I then made space in Max segregation and removed Inmate Johnson, Gerald out of E-Pod Cell #2 and while securing the Inmate in handcuffs his cell mate Inmate Darryl Holloway began to resist and threaten staff and made it abundantly clear that he was looking to sue and make money off of the county. Inmate Holloway was handcuffed and removed from E-Pod. Inmate Holloway continued to resist and make threats of violence against staff. Inmate Holloway was securred into Max C. When we attempted to remove the handcuffs Inmate Holloway made numerous threats to fight as soon as the handcuffs come off. We then removed the cuffs through the Chuck hole and closed the chuck hole.**

**At approx 2130 hrs I received a call from Max Officer stating that Inmate Holloway placed his mattress in the window and stated he was going to kill himself. Officers Most, Dorries, Roberts, and Offermann assisted me. I ordered Inmate Holloway numerous times to remove the mattress from the window and to get on the ground. All orders were ignored I then opened the cell door and Officer Most ordered Inmate Holloway to get on the ground and when he refused Officer Most discharged the Taser. Inmate Holloway was then handcuffed and placed into the restraint chair. Inmate Holloway made several comments that he just won some money. Nurse Tom checked Inmate Holloway several times. Nothing further occurred. This statement is accurate and true to the best of my knowledge.**

**End of Statement**

# Incident Report

Incident: 2013-00000553

**Print Date/Time:** 05/01/2013 11:58
**Login ID:** CKrumwiede

Kankakee County Sheriff's Office
**ORI Number:** IL0460000

Holloway, Darryl Tased

To: Chief Downey, Asst. Chief Kolitwenzew, Admin Lt. Johnson, Sgt. Schloendorf
From: C/O T. Dorries
Date: 4/30/13
RE: Holloway, Darryl Tased

On the above date at approximately 2035 hrs I was asked to assist with a situation in E-Pod by Sgt. T. Schloendorf. I along with Sgt. Schloendorf, C/O Most and C/O Anderson went into E-Pod where we were advised by C/Os Arthur and Sessions of the situation with disruptive detainees. It was decided by Sgt. Schloendorf that we would remove the detainees and place them in segragation. We then approached cell E-2 and ordered the detainees to the ground both complied. At this time the door was opened and I approached detainee Johnson, Gerald and handcuffed him. At this time I assisted detainee Johnson to his feet and he complied with all orders. I along with C/O Most and C/O Arthur then turned our attention to Holloway, Darryl. While C/O Arthur was attempting to handcuff detainee Holloway, detainee Holloway began to struggle attempting to pull his hands apart. I then assisted C/O Arthur with gaining control of detainee Holloway's hand. When detainee Holloway was secured in handcuff C/O Arthur and I assisted him to his feet. I began escorting detainee Holloway out of E-Pod when he attempted to pull away from me. I then pulled up on his hands gaining control of detainee Holloway and Sgt. Schloendorf came along the other side of detainee Holloway to assure that he was unable to pull away again. We then escorted detainee Holloway to Max-C and secured him into a cell with no incident. As we were walking out of Max-C detainee Holloway began stating that he was going to make us use those tasers and he was going to get some money out of us, implying he would sue us. At approximately 2130 hrs I was ordered by Sgt. Schloendorf to return to Max with him because of an issue with detainee Holloway. I along with Sgt. Schloendofr and C/O Most then returned to max where we were advised by C/O Offerman that detainee Holloway had put his mattress over his door and was refusing to remove it. Sgt. Schloendorf, C/Os Most, Offerman, and myself then returned to detainee Holloways cell. Sgt. Schloendorf then ordered detainee Holloway to remove his mattress from the door. Detainee Holloway refused. Sgt. Schloendorf then ordered detainee Holloway 5 more times to remove his mattress from his door. Each time detainee Holloway refused and told Sgt. Schloendorf he was going to "have to use that taser because he wasn't doing shit". At this time Sgt. Schloendorf ordered C/O Offerman to open the door. Once the door was opened Sgt. Schloendorf took the mattress down and C/O Most ordered detainee Holloway to the ground. Detainee Holloway refused to get on the ground and C/O Most discharged the taser. Once the taser cycle was done Sgt. Schloendorf and I were able to secure detainee Holloway in Handcuffs and I escorted detainee Holloway to the restraint chair. While walking to the chair detainee Holloway continued making several comments that he just won some money from the county and that he was going to "sue our asses". Once at the restraint chair detainee Holloway was secured in the chair by myself, Sgt. Schloendorf, and C/O Most. At this time Tom the nurse came in because detainee Holloway was requesting medical attention. After Tom was done with his assessment and detainee Holloway was secured, we left the pass thru cell and I was ordered to go on a transport. No further incidents occurred that I was involved with. This statement is true and accurate to the best of my knowledge. End of Statement.

C/O T. Dorries #6911

# Incident Report

Incident: 2013-00000549

**Print Date/Time:** 06/11/2013 13:36
**Login ID:** jstevenson

Kankakee County Sheriff's Office
**ORI Number:** IL0460000

Holloway

On the date of 4/30/13 I C/O Roberts was assigned to Max with C/O Offermann. At approximately 2125 after performing a security check I received a phone call from C/O Taylor in master control. C/O Taylor informed me that inmate Darryl Holloway told her over the intercom that he was going to kill himself while I was performing my security check. I immediately went up to Cell C6 where inmate holloway is housed to check on his welfare. Inmate Holloway blocked the window to his cell so I could not see into it and would not verbally answer me.

After several attempts to ask Holloway if was going to hurt himself I returned to the phone in Max and informed Sgt. Schloendorf of the situation. Several moment later Sgt. Schloendorf, and C/O's Most and Dorries entered Max. We approached Max C6 and Sgt. Schloendorf ordered inmate Holloway to take the mattress down more than 10 times. Finally after repeated warnings I unlocked Cell C6 with the key and the mattressed slid far enough to the side to gain a full view of the cell. Inmate Holloway was ordered to the ground several times and was then tased after refusing to follow multiple commands. Inmate Holloway was then cuffed and removed from Max without further incident.

C/O Roberts
MAX

On April 30 2013 I C/O Offermann was assigned to Max and all of its duties. At approximately 2105 two combative inmates were brought in by Sgt. Schloendorf, C/O Most, Anderson, Meehan, Arthur, Dorries, and Roberts. I instructed what cell to secure the two detainees in and controlled the doors from the computer behind the desk. I also assisted with removing the detainees who were previously housed in the segregation cells.

C/O Offermann #8257

# Incident Report

Incident: 2013-00000550

**Print Date/Time:** 05/01/2013 11:56
**Login ID:** CKrumwiede

Kankakee County Sheriff's Office
**ORI Number:** IL0460000

**Holloway, Darryl**

**On 4-30-13 R/o Most was assigned to booking and ordered by Sgt. Schloendorf to go to E Pod because the officers and the nurse were having problems with a few detainee's. While in E Pod the detainee's making problems were detainee Johnson, Gerald and detainee Holloway, Darryl. When R/o went to E Pod cell 2 R/o went into the cell and displayed the taser and both detainee's went to the ground. Detainee Johnson was handcuffed and moved out but detainee Holloway refused to get on the ground all the way. R/o then subdued detainee to the ground with the least amount of force necessary. Detainee Holloway then cooperated but became verbally abusive to the staff. While un cuffing detainee Holloway he was uncooperative and had to be un cuffed through the chuckhole. At approx. 2130 R/o Most was called to Max because detainee Holloway was refusing to remove his mat from in front of his door. When R/o, Sgt. Schloendorf, Dorries, and Roberts went up to Max C 6 the mat was still covering the door. Sgt. Schloendorf ordered detainee Holloway at least 4 times to remove the mat. Detainee Holloway was also ordered to move the mat and get on the ground. After detainee Holloway refused Sgt. Schloendorf orders Sgt. Schloendorf open the door. R/o then saw detainee Holloway standing their. Sgt. Schloendorf then removed the mat and R/o ordered him to the ground in which he refused and R/o shot detainee Holloway in the stomach area. Detainee Holloway then fell to the ground and was cooperative all the way down the stairs. R/o was then trying to switch the cartridge over and accidentally tased him for no more than 1 second. Detainee Holloway was then placed in the restraint chair with no further problems.**
**Movement**

**Date: April 30, 2013**
**R/O: M. Meehan #6104**
**Re: Movement**

**On the above date R/O was coming back from break and noticed while walking past E-Pod that Officer Anderson was escorting and Inmate threw the interlock followed but Sgt. Schloendorf and Officer Dorries with another Inmate. R/O stopped and opened up E-Pod's door and helped escort the two Inmates to there cell's in Max Segregation. End of Statement.**

**M. Meehan #6104**
**Movement**

**On 4/30/2013, I, C/O Arthur and C/O Sessions was assigned to the Pre-Classification Unit for the hours of 1445-2315. At approximately 1945 hours, E2 was being served their dinner trays. When I opened the door manually with the keys detainee Johnson, Gerald stepped out of his cell and stated he wanted to make a phone call and receive his two hours for the day. I told him that he needed to step back into his cell because we had to finish passing trays and due to the fact that we were having computer malfunctions that the phones were not on. He then stated that he was not going to lock up and then detainee Holloway, Darryl began to argue on why they should be let out of their cell. I then ordered Johnson back into his cell which he refused, and after a final warning I shoved Johnson back into his cell and closed the door. Johnson and Holloway began yelling verbal threats through the door at me such as "wait till we get out and see what happens" and "if you ever put your hands on me I'm gonna beat yo ass" and other remarks of the sort. C/O Sessions called booking and notified Sgt. Schloendorf of the situation. The trays were then collected and moments later Nurse Tom came in to pass the evening medication. When Tom was at E3 giving Green, Marlon his medication, Green began to say that "I should file a lawsuit on yo ass for refusing to give me my meds yesterday" and Tom replied stating "I called your name multiple times and you were too busy talking to the other inmates and that is why you did not receive your medication." At this point Johnson and Holloway in E2 began calling Tom a bitch, pussy, and other derogatory remarks through their door. Green then stated "see we cook county stick together" and Tom replied "Ok" and closed the door. Johnson and Holloway continued to yell through their door saying "your mother sucks cock" and "Imma beat yo ass" at Tom and myself as we finished passing the medication to E-Pod. Booking was notified again of Johnson and Holloway's behavior and Sgt. Schloendorf, C/O Anderson, Dorries, Most, Meehan, Calloway responded. We then walked over to E2 and opened the door and ordered both detainees to lay face down on the ground in which neither**

# Incident Report

Incident: 2013-00000550

**Print Date/Time:** 05/01/2013 11:56
**Login ID:** CKrumwiede

Kankakee County Sheriff's Office
**ORI Number:** IL0460000

complied. Both detainees refused to comply even after using the least amount of force necessary for the detainees to obey. After force was applied, Johnson became somewhat compliant and he was able to be hand cuffed and escorted out of the cell. Holloway continued to fight and refused our orders to lie on his stomach and put his hands behind his back. After Holloway was on his stomach he still refused to put his hands behind his back. C/O Most grabbed his left hand and I grabbed his right hand and Holloway was able to be hand cuffed. Holloway appeared to try to spit on C/O Most but C/O Most was able to push his face away and not get spit on himself. Holloway was then brought to his feet and walked out of his cell. Johnson was escorted over to Max without further incident but Holloway continued to not cooperate and began to struggle with myself and C/O Dorries on the way to Max. Sgt. Schloendorf and C/O Most assisted with escorting Holloway to Max and Holloway was placed into Max segregation. Holloway was placed on his bed and advised to put his hands on his head when the hand cuffs were taken off in which he replied "you are gonna have to use that taser on me because once you let go of me I'm gonna beat all yall." Because of the verbal threats from Holloway and concern for officer safety, Holloway was brought to chuck hole and the hand cuffs were taken off without further incident. END OF STATEMENT

Arthur 0356

Behavior

On 4/30/13, I C/O Sessions and C/O Arthur were assigned to E-pod for the afternoon shift. Upon serving trays, due to the power not working we went door by door feeding the inmates. I was at the desk when C/O Arthur began feeding and whe he got to E2 inmate Johnson stepped out and refused to lockdown. C/O Arthur placed his hand on his shoulder and asked him to lockup. Inmate Johnson then stated to C/O Arthur "if you ever put your hands on me agian I'm gonna beat yo ass." At this time I called booking and notified them of the situation. Inmate Johnson then locked up. A few minutes later, Nurse Tom came in to pass medication and Inmate Johnson was getting very disrespectful with Tom and C/O Arthur. Inmate Johnson continued to yell at C/O Arthur and Tom. Booking was notified and Sgt. Schloendorf, C/O Anderson, Most, Dorries, Meehan, and Calloway responded. The detainees became very aggressive and would not obey the officers orders. Inmate Johnson and Inmate Holloway were moved to Max.

C/O Sessions

# Incident Report

Incident: 2013-00000549

**Print Date/Time:** 06/11/2013 13:36
**Login ID:** jstevenson

Kankakee County Sheriff's Office
**ORI Number:** IL0460000

## Details

**Incident Type:** Use of Force
**Reporting Officer:** 8637 - Roberts
**Incident Date/Time:** 04/30/2013 09:30 PM
**Reported Date/Time:**
**Incident Location:**
**Description:** Holloway barricading cell

## Associated Incidents

## Subjects

| Name | Subject Type | Booking Number | Charges |
|---|---|---|---|
| Holloway, Darryl Emmanuel | Offender | 2013-00001735 | N |

## Subject Charges

## Activity

## Violations

**Seq Number:** 1 **Violator:** Holloway, Darryl Emmanuel **Violation:** 2.35
**Location:** **Requires Reclassification:** N

**Seq Number:** 2 **Violator:** Holloway, Darryl Emmanuel **Violation:** 2.17
**Location:** **Requires Reclassification:** N

## Violation Notification

## Violation Investigation

## Violation Hearing

## Violation Discipline

**Discipline Type:** Disciplinary Segregation **Start Date/Time:** 04/30/2013 09:30 PM **End Date/Time:** 05/08/2013 09:30 PM
**Violator:** Holloway, Darryl Emmanuel **Event Type:** **Disposition:** **Officer:** 7324 - Stevenson
**Comments:** Mr. Holloway was found guilty of 2.35 and sentenced to 8 days disicplinary segregation with 12 days abeyance. Mr. Holloway stated he made threats to officers after he was beaten by officers. He also stated Gerald Johnson was causing the most problems.

**Discipline Type:** Disciplinary Segregation **Start Date/Time:** 04/30/2013 09:30 PM **End Date/Time:** 05/08/2013 09:30 PM
**Violator:** Holloway, Darryl Emmanuel **Event Type:** **Disposition:** **Officer:** 7324 - Stevenson
**Comments:** Mr. Holloway was found guilty of 2.35 and sentenced to 8 days disicplinary segregation with 12 days abeyance. Mr. Holloway stated he made threats to officers after he was beaten by officers. He also stated Gerald Johnson was causing the most problems.

## Violation Appeals

## Narrative

## Review History

| Date/Time: | Level: | Type: | Reviewer's ID: | Comments: |
|---|---|---|---|---|

**Signature:** ______________________ **Date:** ______________________

**Reviewed:** ______________________ **Date:** ______________________

# Incident Report

Incident: 2013-00000549

**Print Date/Time:** 05/09/2013 09:14
**Login ID:** CKrumwiede

Kankakee County Sheriff's Office
**ORI Number:** IL0460000

## Violation Discipline

**Discipline Type:** Disciplinary Segregation **Start Date/Time:** 04/30/2013 09:30 PM **End Date/Time:** 05/08/2013 09:30 PM

**Violator:** Holloway, Darryl Emmanuel **Event Type:** **Disposition:** **Officer:** 7324 - Stevenson

**Comments:** Mr. Holloway was found guilty of 2.35 and sentenced to 8 days disicplinary segregation with 12 days abeyance. Mr. Holloway stated he made threats to officers after he was beaten by officers. He also stated Gerald Johnson was causing the most problems.

**Discipline Type:** Disciplinary Segregation **Start Date/Time:** 04/30/2013 09:30 PM **End Date/Time:** 05/08/2013 09:30 PM

**Violator:** Holloway, Darryl Emmanuel **Event Type:** **Disposition:** **Officer:** 7324 - Stevenson

**Comments:** Mr. Holloway was found guilty of 2.35 and sentenced to 8 days disicplinary segregation with 12 days abeyance. Mr. Holloway stated he made threats to officers after he was beaten by officers. He also stated Gerald Johnson was causing the most problems.

## Narrative

**Signature:** ______________________ **Date:** ______________

**Reviewed:** ______________________ **Date:** ______________

**Medical Notified:** ________ YES ________ NO **Date:** ______________