E-FILED
Monday, 09 February, 2015 02:53:44 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | | |
|---|---|---|
| DARRYL EMMANUEL HOLLOWAY, | ) ) ) | |
| Plaintiff, vs. | ) | Case Number: 14-2122 |
| KANKAKEE COUNTY SHERIFF'S OFFICE, DOWNEY, KOLITWENZEW, TRENT JOHNSON, TODD SCHLOENDORF, JEREMY MOST, DON ANDERSON, JOHN ARTHUR, DONALD SESSIONS, THOMAS DORRIES, MATT ROBERTS, TAYLOR OFFERMAN, MATTHEW MEEHAN, MARTY CALLOWAY, and TOM JANCA, Defendants. | ) ) ) ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants Kankakee County Sheriff's Office, Downey, Kolitwenzew, and Trent Johnson were terminated by this Court's Merit Review Order (#13) on 7/1/2014.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Todd Schloendorf, Jeremy Most, Don Anderson, John Arthur, Donald Sessions, Thomas Dorries, Matt Roberts, Taylor Offerman, Matthew Meehan, Marty Calloway, and Tom Janca and against Plaintiff Darryl Emmanuel Holloway.

**Dated: 2/9/2015**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court